UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 5: 14-118-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| HAZEL J. POWELL, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is pending for consideration of the United States Magistrate Judge's Recommended disposition regarding the defendant's competency to proceed. [Record No. 32] The Recommended Disposition was issued April 3, 2015. Pursuant to Rule 59(b), the defendant was given fourteen (14) days to file written objections with the Court. However, she has failed to do so. Accordingly, having reviewed the relevant materials regarding the defendant's competency, it is hereby

**ORDERED** that the Recommended Disposition of United States Magistrate Judge Robert E. Wier [Record No. 32] is **ADOPTED** in full and **INCORPORATED** herein by reference. For the reasons outlined in the Recommended Disposition, the Court **FINDS** and **CONCLUDES** that Defendant Hazel J. Powell is competent to face all further proceedings.

This 21st day of April, 2015.



Signed By:
*Danny C. Reeves*  DCR
United States District Judge